# IN THE SUPREME COURT OF THE STATE OF NEVADA

ALASTAIR IAN OLDFIELD,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK;
AND THE HONORABLE KENNETH C.
CORY, DISTRICT JUDGE,
Respondents,
and
THE STATE OF NEVADA,
Real Party in Interest.

No. 74947





MAR 1 5 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DENYING PETITION*

This is a petition for a writ of mandamus, or alternatively, a writ of prohibition challenging the district court's decision to deny a pretrial petition for a writ of habeas corpus. Petitioner argues that the justice court and the district court erroneously applied the statutory presumption set forth in NRS 205.132(1) (intent to defraud presumption). We decline to reach the issue regarding the statutory presumption because the documents before this court do not support petitioner's assertion that the justice court

18-10352

relied upon the statutory presumption in finding probable cause.[1]  NRS 34.160; NRS 34.170; NRS 34.320; NRS 34.330.  Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Douglas

_____, J.
Cherry

_____, J.
Stiglich

cc:  Hon. Kenneth C. Cory, District Judge
     Wright Stanish & Winckler
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk

---

[1]The district court's reliance upon the statutory presumption in denying the pretrial habeas petition does not affect the probable cause determination made by the justice court.